**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **JAMES PEPPER AND LISA PEPPER, individually and as parents and natural guardians of J.P., a minor,**<br><br>**PLAINTIFFS**<br><br>**v.**<br><br>**THE CENTRAL BUCKS SCHOOL DISTRICT,**<br><br>**STEVEN YANNI, in his individual and official capacities,**<br><br>**NADINE GARVIN, in her individual capacity,**<br><br>**ALYSSA WRIGHT, in her individual capacity,**<br><br>**DAVID HEINEMAN, in his individual capacity,**<br><br>**ROBERT FREILING, in his individual capacity,**<br><br>**KATHLEEN VEISZ, in her individual capacity,**<br><br>**CHRISTINE TRAWINSKI, in her individual capacity,**<br><br>**GABRIELLE MCDANIEL, in her individual capacity,**<br><br>**RACHEL AUSSPRUNG, in her individual capacity,**<br><br>**CARA ALDERFER, in her individual** | **CIVIL ACTION NO. 2:26-CV-7488**<br><br>**<u>STIPULATION EXTENDING TIME TO FILE AN ANSWER ON BEHALF OF DEFENDANT, KATHLEEN VEISZ</u>** |

**capacity,**

**and**

**KATHY MOELTER, in her individual capacity,**

**DEFENDANTS**

It is hereby stipulated and agreed upon by and between attorney for Plaintiffs, James Pepper and Lisa Pepper, individually and as parents and natural guardians of J.P., a minor**,** and attorney for Defendant, Kathleen Veisz, in her individual capacity, that the time within which said Defendant may file and serve an answer to Plaintiff's Complaint is hereby extended to **November 20, 2026**.

**LAFFEY, BUCCI, D'ANDREA, REICH & RYAN**

By: *_/s/ M. Stewart Ryan*
M. Stewart Ryan, Esquire
Attorney for Plaintiffs,
James Pepper and Lisa Pepper

**REILLY, MCDEVITT & HENRICH, P.C.**

By: */s/ Suzanne I. Turpin*__________
Suzanne I. Turpin, Esquire
Attorney for Defendant,
Kathleen Veisz

By: ________________________________
J.S.C.

Dated: October 28, 2026